UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER                                            CIVIL ACTION

OF THE COMPLAINT                                         NO. 21-1349

OF CENAC TOWING                                          SECTION F

ORDER AND REASONS

Before the Court is Cenac Towing Co., LLC's motion for judgment on the pleadings. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. No party has submitted a memorandum in opposition to this motion.

Accordingly, because the motion is unopposed, and further, as it appears to the Court that the motion has merit,[1] IT IS ORDERED: that Cenac Towing's motion for judgment on the pleadings is GRANTED and all outstanding claims against Cenac Towing in this case are hereby dismissed with prejudice.

New Orleans, Louisiana, December 7, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] See generally Lindsay v. Ports Am. Gulfport, Inc., 2016 U.S. Dist. LEXIS 163177, *10 (E.D. La 2016) ("it is clear that under Louisiana law, plaintiffs' dismissal of claims against [a party] with prejudice deprives [other claimants] of any right to contribution or indemnity.").

1